UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 4:21-cr-10008-Martinez-Snow

UNITED STATES OF AMERICA

v.

MYKHAYLO CHUGAY, et al.,

Defendants.

### UNITED STATES' SPEEDY TRIAL REPORT

The United States hereby files this Speedy Trial Report pursuant to Local Rule 88.5, regarding the status of this case under the Speedy Trial Act of 1984, 18 U.S.C. § 3161, *et seq*, and the Court's Orders regarding Speedy Trial and Pretrial Matters (Dkt. Nos. 36 and 47). The United States submits that as of this writing, post-indictment, no non-excludable days have elapsed pursuant to the Speedy Trial Act as to any defendant. The calculations contained herein are based on the date on which the first defendant, Mykhaylo Chugay, first appeared before a judicial officer, which occurred on August 17, 2021.

| Event | Date |
|---|---|
| Date of Indictment: | July 20, 2021 |
| Date of first defendant's arrest: | August 17, 2021 |
| Date of first defendant's initial appearance: | August 17, 2021 |
| Total number of days elapsed as of the date of this report: | 55 Days |
| Total number of days excluded from speedy trial computation: | 55 Days |
| Non-excludable speedy trial days elapsed as of the date of this Report: | 0 Days |

1

| Event | Date |
|---|---|
| Current last date upon which the defendant can be tried: | March 30, 2022 |
| Current trial date: | January 18, 2022 |

On July 8, 2021, Chief Judge Cecilia Altonaga issued Administrative Order 2021-65 regarding the ongoing Coronavirus Public Emergency. In that Order, the Court continued all jury trials through September 6, 2021, and found the time to be excludable under the Speedy Trial Act, as the ends of justice outweighed the interests of the parties and public in a speedy trial due to the severe risks of the COVID-19 pandemic.

**Defendant Mykhaylo Chugay**

Defendant Mykhaylo Chugay was arrested on August 17, 2021 and had his initial appearance on the same day. The Speedy Trial clock was already stopped on the date of Chugay's arrest pursuant to Administrative Order 2021-65, however, the United States moved for pretrial detention of Chugay on August 17, 2021, which would have independently stopped the Speedy Trial clock. The filing of pretrial motions automatically stops the Speedy Trial clock, even if those motions are made orally. *See* 18 U.S.C. § 3161(h)(1)(D); *United States v. Tinklenberg*, 563 U.S. 647, 650 (2011); *United States v. Broadwater*, 151 F.3d 1359, 1361 (11th Cir. 1998). When computing time, neither the day on which a motion is filed, nor the day on which the court disposes of the motion, are counted. *See United States v. Yunis*, 723 F.2d 795, 797 (11th Cir. 1984).

The Court initially held a detention hearing on August 23, 2021 (Dkt. No. 18), but, based upon Chugay's counsel's request for additional time to meet with his client, the Court continued

the detention hearing for another week. *Id*.

On August 29, 2021, Chugay moved the Court for release from custody, which would have also stopped the Speedy Trial clock had it not already been stopped by Administrative Order 2021-65. On August 30, 2021, after a hearing on the government's motion for detention and Chugay's motion for release, the Court Ordered Chugay detained pending trial. Dkt. Nos. 31 and 48. Chugay was arraigned on the same day.

On August 31, 2021, Chugay moved the Court to sever his trial from his codefendants' trials, and he moved for a Speedy Trial. Dkt. Nos. 32 and 33. The United States filed its responses to Chugay's motions on September 14, 2021. Dkt. Nos. 57 and 58.

Chugay's motions (Dkt. Nos. 32 and 33) independently stopped the Speedy Trial clock insomuch as Administrative Order 2021-65 only excluded time through September 6, 2021. The Court set trial in this case for October 25, 2021 (Dkt. No. 59), implicitly granting Chugay's motion for a speedy trial; however, the Speedy Trial clock remained stopped through September 16, 2021, when the Court denied Chugay's motion to sever trial. Dkt. No. 62.

On September 15, 2021, the parties conferred regarding the feasibility of counsel for Chugay being prepared for trial on October 25, 2021, and the government agreed to file a joint motion on behalf of the parties to continue trial until at least January 18, 2022. The parties' joint motion to continue trial was filed on September 16, 2021 (Dkt. No. 63), which again stopped the Speedy Trial clock.

On September 17, 2021, the Court granted the parties' joint motion to continue trial and reset trial for January 18, 2022. Dkt. No. 64. In conjunction with its Order, the Court found that the period of delay arising from the continuance, from the time of the motion through the date of

trial, was excludable time under the Speedy Trial Act. *Id*.

### **Defendant Oleksandr Morgunov**

Defendant Oleksandr Morgunov fled the United States without detection after the indictment against him was unsealed. However, on August 23, 2021, Dutch authorities arrested Morgunov in Amsterdam on a provisional arrest warrant, and on August 25, 2021, a tribunal in the Netherlands ordered Morgunov held in custody for at least 60 days pending a formal extradition request from the United States. The prosecution team is now working, through the U.S. Department of Justice, Office of International Affairs, to formally request extradition of Morgunov from the Netherlands.

### **Defendant Volodymyr Ogorodnychuk**

Defendant Volodymyr Ogorodnychuk was in Ukraine at the time the indictment against him was unsealed, but, on August 29, 2021, he voluntarily returned to the United States and surrendered to federal agents. Ogorodnychuk made his initial appearance in Court on August 30, 2021, at which time the United States moved for his pretrial detention. Dkt. No. 37.

As with defendant Chugay, the Speedy Trial clock was already stopped on the date of Ogorodnychuk's arrest pursuant to Administrative Order 2021-65; however, the United States' motion for pretrial detention of Ogorodnychuk on August 30, 2021 would have independently stopped the Speedy Trial clock. The Court released Ogorodnychuk on bond on September 3, 2021. Dkt. No. 49.

### **Conclusion**

As of the date of this filing, the Speedy Trial clock had been continuously tolled from August 17, 2021 through the date of this filing. Therefore, no non-excludable days under 18

4

U.S.C. § 3161(h) have lapsed since Chugay's first appearance before a judicial officer.

        Respectfully submitted,

        JUAN ANTONIO GONZALEZ
        Acting United States Attorney

        _____
        Sean Beaty, Trial Attorney
        District Court No. A5501870
        U.S. Department of Justice, Tax Division
        Sean.P.Beaty@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

_____
SEAN P. BEATY
Trial Attorney